NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
RANDOLPH S. HOM (State Bar No. 152833)
randolph.hom@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF DUBLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAEFFER, an individual;<br>LIZA CONCEPCION, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DUBLIN, a municipal corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C20-01705-CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING ENTIRE ACTION,**<br>**WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiffs' Complaint (ECF 1), the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE – C20-
01705-CRB

Date: January 13, 2021               **POINTER & BUELNA, LLP**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

Dated: January 13, 2021              MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Blechman, Noah G.
Noah G. Blechman
Randolph S. Hom
Attorneys for Defendant
CITY OF DUBLIN

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs as to this dismissal. All further dates and deadlines set in this matter are vacated.

IT IS SO ORDERED

DATED: January 14, 2021       By: _____
                                   Hon. Charles R. Breyer
                                   U.S. District Judge